UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JOSEPH CHRISTOPHER SHARPE,<br><br>  Plaintiff<br><br>v.<br><br>SKY KING, INC., a California corporation, doing business in the State of Florida as **SGB SKY KING, INC.**, d/b/a **SKY KING, INC.**, and **FRANK J. VISCONTI**, an individual,<br><br>  Defendants | Case №.: **6:12-cv-00524-RBD-GJK** |

## SUGGESTION OF BANKRUPTCY

**COMES NOW** the Plaintiff, Joseph Christopher Sharpe, by and through his undersigned counsel, and would show the Court that:

1. The Defendant, Sky King, Inc., has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of California, Sacramento Division, which bears the case number: 12-35905.

2. Relief was ordered on August 31, 2012.

3. This action is founded on a claim from which a discharge may result in a release or that seeks to impose a charge on the property of the estate.

4. The Bankruptcy does not impact or operate as a stay against the co-defendant, Frank J. Visconti.

5. This is for informational purposes only.

**WHEREFORE,** the Plaintiff suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

**JOHNSON AND JOHNSON, P.A.**

By: /s/ Keith J. Johnson
**KEITH H. JOHNSON**, Esquire
8810 Goodbys Executive Drive, Suite A
Jacksonville, Florida   32217
Tel.: (904) 737-5930
Fax:  (904) 737-5966
Florida Bar №.: 342939
E-Mail: keith-j@comcast.net
Co-Counsel for Plaintiff


**JOANN M. BRICKER, P.A.**


By: /s/ Joann M. Bricker
**JOANN M. BRICKER**, Esquire
12356 Arbor Drive
Ponte Vedra Beach, Florida   32082
Tel.: (904) 280-3263
E-Mail: jbricker-employlaw@comcast.net
Florida Bar №.: 338710
Co-Counsel for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via electronic transmission, CM/ECF, and / or U.S. First Class Mail, to:

> **Patrick D. Coleman,** Esquire
> Gray Robinson, P.A.
> 50 North Laura Street
> Suite 1100
> Jacksonville, Florida   32202
>
> **Joann M. Bricker,** Esquire
> Joann M. Bricker, P.A.
> 12356 Arbor Drive
> Ponte Vedra Beach, Florida   32082
>
> **Joseph Christopher Sharpe**
> 218 Brookgreen Way
> Deland, Florida   32724

this 4th day of September, 2012.

> /s/ Keith H. Johnson
> **KEITH H. JOHNSON,** Esquire