UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH CHRISTOPHER SHARPE,

    Plaintiff,

vs.                                                                Case No. 6:12-cv-524-Orl-37GJK

SKY KING, INC., and FRANK J.
VISCONTI,

    Defendants.

## AMENDED ORDER

This cause is before the Court on the Suggestion of Bankruptcy regarding Sky King, Inc. (Doc. 25), filed September 4, 2012. In light of this Suggestion, it is hereby **ORDERED AND ADJUDGED**:

1. These proceedings are **STAYED** as to Defendant Sky King, Inc.

2. On March 5, 2013, and every six (6) months thereafter, Plaintiff is ordered to provide a status report regarding Defendant Sky King, Inc.'s bankruptcy proceedings.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 8, 2012.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record